IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 08-cv-01503-PAB-MJW

JIMMY MARTINEZ; ET AL.,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER; ET AL.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Motion for Stipulated Protective Order (docket no. 26) is GRANTED. The Stipulation and Protective Order is APPROVED as amended in paragraph 13 and made an Order of Court.

Date: November 4, 2008