IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01503-WJM-MJW

JIMMY MARTINEZ,
DAVE CASTELLANO,
YOLANDA GOAD-CUNNINGHAM,
DEAN GONZALES,
JORGE HERNANDEZ,
GEORGE HERRERA,
KIMBERLY LOVATO,
LEONARD MARES,
DANIEL ROJAS,
DEAN ABEYTA,
REYES TRUJILLO, and
RUFINO TRUJILLO,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion to Vacate September 27, 2011 Settlement Conference (docket no. 89) is GRANTED. The Settlement Conference set on September 27, 2011, at 10:00 a.m. is VACATED.

Date: September 21, 2011