IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01503-WJM-MJW

JIMMY MARTINEZ,
DAVE CASTELLANO,
YOLANDA GOAD-CUNNINGHAM,
DEAN GONZALES,
JORGE HERNANDEZ,
GEORGE HERRERA,
KIMBERLY LOVATO,
LEONARD MARES,
DANIEL ROJAS,
DEAN ABEYTA,
REYES TRUJILLO, and
RUFINO TRUJILLO,

Plaintiff(s),

v.

CITY AND COUNTY OF DENVER,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Motion to Compel, or in the Alternative, to Dismiss Plaintiffs Jimmy Martinez, David Castellano, Jorge Hernandez, George Herrera, Daniel Rojas, and Rufino Trujillo (docket no. 87) is GRANTED IN PART AND DENIED IN PART. The motion is GRANTED insofar as Plaintiffs Jimmy Martinez, David Castellano, Jorge Hernandez, George Herrera, Daniel Rojas, and Rufino Trujillo shall provide responses to Defendant's outstanding discovery requests as outlined in the subject motion on or before October 7, 2011. The motion is DENIED as to dismissing all claims brought by Plaintiffs Jimmy Martinez, David Castellano, Jorge Hernandez, George Herrera, Daniel Rojas, and Rufino Trujillo. Each party shall pay their own attorney fees and costs for this motion.

Date: September 23, 2011